

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| JOEY CHESTER FULMER,           § | |
|     Plaintiff,           § | |
| § | |
| vs.           § | Civil Action No.: 1:22-4178-MGL |
| § | |
| STATE OF SOUTH CAROLINA COUNTY § | |
| OF AIKEN; S.C. DEPT. OF SOCIAL § | |
| SERVICES; and STATE OF NEW JERSEY § | |
| DEPARTMENT OF HUMAN SERVICES, § | |
| DIVISION OF FAMILY DEVELOPMENT, § | |
|     Defendants.           § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND SUMMARILY DISMISSING PLAINTIFF'S COMPLAINT
WITHOUT PREJUDICE AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

    Plaintiff Joey Chester Fulmer (Fulmer), proceeding pro se, filed a complaint against Defendants State of South Carolina County of Aiken; S.C. Dept of Social Services; and State of New Jersey Department of Human Services, Division of Family Development, alleging violations of his Fourteenth Amendment rights under 42 U.S.C. § 1983.

    This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending the Court summarily dismiss the amended complaint without issuance and service of process for lack of subject-matter jurisdiction. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

    The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the

Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on December 2, 2022. To date, Fulmer has failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Fulmer's complaint is summarily **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 5th day of January 2023, in Columbia, South Carolina.

                                                           s/ Mary Geiger Lewis
                                                           MARY GEIGER LEWIS
                                                           UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.